An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WAYNE ROBY, AN INDIVIDUAL AND ST. CHARLES & ASSOCIATES, Appellants, vs. FAIRLIE ARROW, Respondent. | No. 60761 |
| WAYNE ROBY, AN INDIVIDUAL AND ST. CHARLES & ASSOCIATES, Appellants, vs. FAIRLIE ARROW, Respondent. | No. 62255 |

FILED

MAR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEALS

The parties have filed a stipulation to dismiss these consolidated appeals. We approve the stipulation and hereby dismiss these appeals. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _____

cc: Hon. Rob Bare, District Judge
Janet Trost, Settlement Judge
James W. Kwon
Olson, Cannon, Gormley, Angulo & Stoberski
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-07097